JUAN PABLO CHAVEZ
*SUI JURIS*
813 E. 4TH PL.
LOS ANGELES, CA 90013
(302) 566-JUAN
JCHAVEZ@ALUMNI.BERKLEE.EDU

FILED
2018 MAY 18 PM 3: 20
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JUAN PABLO CHAVEZ<br><br>Plaintiff,<br>-against-<br><br>BERTELSMANN SE & CO. KGaA; RTL GROUP; FREMANTLEMEDIA LTD.; FREMANTLEMEDIA NORTH AMERICA, INC.; AMERICAN IDOL PRODUCTIONS, INC.; TIM GRAU; RUDY CARBAJAL; RICK SMITH; PATRICK LYNN; GRADY CHAMBLISS; MELISSA AVRIL HARRIS; JUSTIN SCOT; MICHAEL BEAN; KATE TUCCI; ROBIN KAYE; BRIAN ROBINSON; MEGAN MICHAELS WOLFLICK; DOES 1-111;<br><br>Defendants. | Case No.<br><br>2:18-cv-00375-SJO-FFM<br><br>**RESPONSE I.1.A**<br>**SHOW OF GOOD CAUSE** |
|---|---|

Plaintiff, appearing *Pro Se IFP*, Juan Pablo Chavez ("Plaintiff" or "Chavez") for his good cause for the failure of service:

1. "Please wait... If this message is not eventually replaced by the proper contents of the document, your PDF viewer may not be able to display this type of document. You can upgrade to the latest version of Adobe Reader for Windows®, Mac, or Linux® by visiting http://www.adobe.com/go/reader_download. For more assistance with Adobe Reader visit

http://www.adobe.com/go/acrreader. Windows is either a registered trademark or a trademark of Microsoft Corporation in the United States and/or other countries. Mac is a trademark of Apple Inc., registered in the United States and other countries. Linux is the registered trademark of Linus Torvalds in the U.S. and other countries." (EFC Doc #15)

2. **Fed. R. Civ. P. Rule 4(m)** states "...if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

3. Officers of the Court have gone out of their way to misconstrue pleadings and keep *IFP* status from Plaintiff, intentionally, delaying to violate Rule 4(m) without any deliberate or continuing effort with notice to Plaintiff; violating Rule 8(e).

4. **28 U.S.C. 1915(d)** states "The officers of the court shall issue and serve all process, and perform all duties in such cases..."

5. Plaintiff avers this Court has failed to apply the proper standard of review:

a. by not construing the complaint liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009) and

b. by not interpreting to raise the "strongest [claims]" suggested. *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006).

2. As such, Plaintiff has not been afforded an opportunity to amend the complaint, much less liberally amend the complaint, and an amendment is desired by Plaintiff prior to service **but after** being served a liberally construed Standard of Review with Background and Discussion giving rise to the greatest claims suggested with deliberate, continuing, efforts to make certain Plaintiff understands what is required of him to state a claim... *prima facie,* if possible, granting relief.

3. Plaintiff is a pauper **without** the basic necessities of life, cannot afford postage/printing, his first language is Spanglish, and

a. **28 U.S.C. 1915(d)** makes no explicit mention of *"prisoner" status,* and should in *the interest of justice* apply to all *IFP* actions.

4. This Court has not provided "continuing efforts to ensure that a *pro se* litigant understands what is required of him" in regards to the summons and service of complaint, *inter alia.* (i.e. 28 U.S.C. 1915(d) itself.)

5. Plaintiff avers he has diligently prosecuted this, and relevant, related, action(s) for this continuing wrong... want of prosecution is not unreasonable, and corrective justice is needed.

Response I.1.A
Page 2 of 4

6. Plaintiff submits updated names & addresses for service pursuant to 28 U.S.C. 1915(d) attached as Exhibit "A" & Exhibit "B".

## PRAYER FOR RELIEF

Plaintiff prays that by a viewing of the substantive laws through the spectacles of the procedure, and by a preponderance of evidence this Court:

1. deem this correspondence a *show of good cause* pursuant to Fed. R. Civ. P. Rule 4(m).
2. grant extension of time for service with great latitude.
3. grant e-filing of these motions via email to chambers and clerks at records_cacd@cacd.uscourts.gov, victor_cruz@cacd.uscourts.gov & SJO_Chambers@cacd.uscourts.gov  pursuant to Pursuant to Fed. R. Civ. P. 5(d)(3) & (4) and 28 U.S.C. 1915(d).
4. please, liberally construe the complaint and give rise to the greatest claim(s) it suggests; and,
   a. Provide Discussion explicitly stating what a claimant must show to establish infringement that warrants relief with most recent precedents cited.
5. grant Plaintiff leave to amend to provide any facts supporting viable claims that he may assert on his own behalf.
6. serve the Defendant's a summons, including a copy of the original complaint pursuant to 28 U.S.C. 1915(d).
7. help Plaintiff develop good **common sense** regarding regulations, morality & business ethics.
8. allow Plaintiff to satisfactorily respond to all subsequent Orders by providing an objective First, and Second, "Continuing Effort" ordering the liberal construction of papers, with great latitude, and relaxation of the limitations on the amendment of pleadings in light of his *pro se* and *IFP* status. *See Tracy v. Freshwater, 623 F.3d 90, 101 (2d Cir. 2010)*
9. please observe name & address changes in Exhibit A that differ from the original complaint.
10. grant any other and further relief as may be just and equitable.

DATED: MAY 18, 2018

*SUI JURIS*

/s/ Juan Pablo Chavez
JUAN PABLO CHAVEZ
813 E. 4TH PL.
LOS ANGELES, CA 90013
(302) 566-JUAN
JCHAVEZ@ALUMNI.BERKLEE.EDU

# EXHIBIT "A"

Updated Addresses of Defendants in 2:18-cv-375-SJO-FFM for Service Pursuant to 28 U.S.C. 1915(d)

1.

| Name | BERTELSMANN SE & CO. KGaA |
|---|---|
| Job or Title *(if known)* | Media, services and education company |
| Street Address | Carl-Bertelsmann-Straße 270 |
| City and County | 33311 Gütersloh |
| State and Zip Code | Germany |
| Telephone Number | +49 (0) 5241-80-0 |
| E-mail Address *(if known)* | info@bertelsmann.de |

2.

| Name | RTL GROUP |
|---|---|
| Job or Title *(if known)* | Leader across broadcast, content and digital |
| Street Address | 43, boulevard Pierre Frieden |
| City and County | L-1543 Luxembourg |
| State and Zip Code | Luxembourg |
| Telephone Number | (+352) 24 86 1 |
| E-mail Address *(if known)* | andrew.buckhurst@rtlgroup.com |

Updated Addresses of Defendants in 2:18-cv-375-SJO-FFM for Service Pursuant to 28 U.S.C. 1915(d)

3.

| Name | FREMANTLEMEDIA LTD. |
|---|---|
| Job or Title *(if known)* | Leading creators, producers and distributors of television brands in the world. |
| Street Address | 1 STEPHEN STREET, |
| City and County | LONDON, W1T 1AL |
| State and Zip Code | ENGLAND, GREAT BRITAIN |
| Telephone Number | 020 7691 6000 |
| E-mail Address *(if known)* | general.enquiries@fremantlemedia.com |

4.

| Name | XIX ENTERTAINMENT |
|---|---|
| Street Address | UNIT 5B The Albion Riverside |
| City and County | London, |
| State and Zip Code | England, SW11 4AX |
| Telephone Number | +44 20 7801 1919 |

5.

| Name | CORE MEDIA GROUP/ SHARP ENT. |
|---|---|
| Street Address | 1071 Avenue of the Americas, |
| City and County | New York, New York, |
| State and Zip Code | NY 10018 |
| Telephone Number | 212.784.7770 |

Updated Addresses of Defendants in 2:18-cv-375-SJO-FFM for Service Pursuant to 28 U.S.C. 1915(d)

6.

| | |
|---|---|
| Name | AMERICAN IDOL PRODUCTIONS, INC. |
| Street Address | 2900 W. Alameda, Eighth Floor |
| City and County | Burbank, Los Angeles County, |
| State and Zip Code | CA 91505 |

7.

| | |
|---|---|
| Name | TIM GRAU |
| Job or Title *(if known)* | Senior Vice President, Business Affairs & Business Development |
| Street Address | 2900 W Alameda Ave. |
| City and County | Burbank, Los Angeles County |
| State and Zip Code | CA 91505 |
| Telephone Number | (818) 748-1100 |
| E-mail Address *(if known)* | Tim.Grau@fremantlemedia.com |

8.

| | |
|---|---|
| Name | RUDY CARBAJAL |
| Job or Title *(if known)* | Accountant / Finance |
| Street Address | 9000 W Sunset Blvd. Penthouse |
| City and County | West Hollywood, Los Angeles County |
| State and Zip Code | CA 90069 |
| Telephone Number | +1 310 746 1919 |

Updated Addresses of Defendants in 2:18-cv-375-SJO-FFMfor Service Pursuant to 28 U.S.C. 1915(d)

9.

| Name | RICK SMITH |
|---|---|
| Job or Title *(if known)* | Production Attorney |
| Street Address | 10250 Constellation Blvd. Suite 900 |
| City and County | Los Angeles, Los Angeles, |
| State and Zip Code | CA 90067 |
| Telephone Number | 310.228.4412 |
| E-mail Address *(if known)* | rrsmith@foxrothschild.com |

10.

| Name | PATRICK LYNN |
|---|---|
| Job or Title *(if known)* | Senior Executive Producer |
| Street Address | 2900 W. Alameda, Eighth Floor |
| City and County | Burbank, Los Angeles County, |
| State and Zip Code | CA 91505 |

11.

| Name | GRADY CHAMBLESS |
|---|---|
| Job or Title *(if known)* | Production Assistant |
| Street Address | Senior Executive Producer |
| City and County | 2900 W. Alameda, Eighth Floor |
| State and Zip Code | Burbank, Los Angeles County, |
| Telephone Number | CA 91505 |

Updated Addresses of Defendants in 2:18-cv-375-SJO-FFM for Service Pursuant to 28 U.S.C. 1915(d)

12.

| Name | MELISSA AVRIL HARRIS |
|---|---|
| Job or Title *(if known)* | Associate Producer |
| Street Address | 2900 W. Alameda, Eighth Floor |
| City and County | Burbank, Los Angeles County, |
| State and Zip Code | CA 91505 |
| Telephone Number | 818-294-2248 |
| E-mail Address *(if known)* | melissaavrilharris@gmail.com |

13.

| Name | JUSTIN SCOT |
|---|---|
| Job or Title *(if known)* | Producer |
| Street Address | 2900 W. Alameda, Eighth Floor |
| City and County | Burbank, Los Angeles County, |
| State and Zip Code | CA 91505 |

14.

| Name | MICHAEL BEAN |
|---|---|
| Job or Title *(if known)* | Cameraman |
| Street Address | 2900 W Alameda Ave, |
| City and County | Burbank, Los Angeles County |
| State and Zip Code | CA 91505 |
| Telephone Number | (818) 748-1100 |

Updated Addresses of Defendants in 2:18-cv-375-SJO-FFM for Service Pursuant to 28 U.S.C. 1915(d)

15.

| | |
|---|---|
| Name | KATE TUCCI |
| Job or Title *(if known)* | Producer |
| Street Address | 2900 W. Alameda, Eighth Floor |
| City and County | Burbank, Los Angeles County, |
| State and Zip Code | CA 91505 |
| Telephone Number | 818-523-5836 |
| E-mail Address *(if known)* | katetucci.ai@gmail.com |

16.

| | |
|---|---|
| Name | ROBIN KAYE |
| Job or Title *(if known)* | Music Supervisor |
| Street Address | 2900 W. Alameda, Eighth Floor |
| City and County | Burbank, Los Angeles County, |
| State and Zip Code | CA 91505 |
| E-mail Address *(if known)* | robinjkaye@gmail.com |

# EXHIBIT "B"

DOES 1-111 in 2:18-cv-375-SJO-FFM

1.

| | |
|---|---|
| Name | BRIAN ROBINSON |
| Job or Title *(if known)* | Producer |
| Street Address | 2900 W. Alameda, Eighth Floor |
| City and County | Burbank, Los Angeles County, |
| State and Zip Code | CA 91505 |

2.

| | |
|---|---|
| Name | MEGAN MICHAELS WOLFLICK |
| Job or Title *(if known)* | Producer |
| Street Address | 2900 W. Alameda, Eighth Floor |
| City and County | Burbank, Los Angeles County, |
| State and Zip Code | CA 91505 |

3.

| | |
|---|---|
| Name | FREMANTLEMEDIA NORTH AMERICA, INC. |
| Job or Title *(if known)* | Production | Film, Video and Audio Stock | Distributor. |
| Street Address | 2900 W Alameda Ave, |
| City and County | Burbank, Los Angeles County |
| State and Zip Code | CA 91505 |
| Telephone Number | (818) 748-1100 |

EXHIBIT "C"

 Gmail

REASON, LOGIC & LAW <reasonlogiclaw@gmail.com>

## Good Cause

**TSE MANAGEMENT™** <time.space.energy.mgmt@gmail.com>           Fri, May 18, 2018 at 12:26 PM
To: SJO_Chambers@cacd.uscourts.gov, victor_cruz@cacd.uscourts.gov, records_cacd@cacd.uscourts.gov
Cc: jchavez@alumni.berklee.edu, "Reason, Logic & Law" <reasonlogiclaw@gmail.com>

Greetings:

Please see the forwarded email and attachments from Plaintiff Juan Pablo Chavez in case 2:18-cv-375-SJO-FFM?

Please have Clerks of the Central District of California Civil Intake print copies to enter a copy on the docket, give one copy to each Judge, and mail one to the Plaintiff, pursuant to 28 U.S. Code § 1915(d), and Fed. R. Civ. P. 5(d)(3) & (4)?

Thank you,

---------- Forwarded message ----------
From: **Juan Chavez** <jchavez@alumni.berklee.edu>
Date: Fri, May 18, 2018 at 12:19 PM
Subject: Good Cause
To: TSE MANAGEMENT™ <time.space.energy.mgmt@gmail.com>
Cc: "REASON, LOGIC & LAW" <reasonlogiclaw@gmail.com>, fineartseducationreform@gmail.com


TSE MANAGEMENT:

Please send this attached Response to SJO_Chambers@cacd.uscourts.gov? Thank you.

(302) 566-JUAN

--
TSE MANAGEMENT™
(323) 591-4TSE
http://www.tsemanagement.com

TSE MANAGEMENT™ is a NAICS #711410 Multi-Member Series Limited Liability Company providing Copyright Form TX works and WIPO class 35 services. Works and Services are rendered exclusively for FINE ARTS EDUCATION REFORM™ | FAER FOUNDATION 501(c)(3) Artists NAICS code #7111 Performing Arts Limited Liability Companies that provide Copyright Form PA, SR, AV/SE works and WIPO Class 41 services. NOTICE OF CONFIDENTIALITY AND PRIVILEGE The information contained within this message is confidential and may be covered by legal privilege. Please do not copy or use it for any purposes, or disclose its contents to any other person or entity; to do so is a breach of confidence. If you are not the named addressee, you shall not have permission to obtain a license to copy, use, or disclose any contents. If you have received this transmission in error, please notify the sender and delete the message from your system immediately. Recipients should be aware that replies to e-mail messages may go through the servers of our entities and their affiliates and may be subject to monitoring and inspection in accordance with internal policies. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of FINE ARTS EDUCATION REFORM or its associated companies. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, lost or destroyed, or contain viruses. Those who communicate with us by email have taken to accept these risks. Please note that TSE MANAGEMENT™ does not accept service of documents or notice of proceedings by electronic mail or form and provision of notice in this way will not constitute proper service or notice.

© MAY 18, 2018 REASON, LOGIC & LAW™ (*SUI JURIS* LITIGATION AUTOMATION DIVISION)
WITNESSETH: TSE MANAGEMENT™ LLC DBA GRBK MUSIC GROUP™ DBA JOHNNY ARCO™
EXCLUSIVELY FOR FAER FOUNDATION™, INC.
ALL RIGHTS RESERVED.

2 attachments


**18-cv-375-SJO-FFM-Response_I.1.A.pdf**
369K


**18-cv-375-SJO-FFM-Response_I.1.A.pdf**
369K



FedEx Office is your destination
for printing and shipping.

181 S Central Ave
Los Angeles, CA 90012
Tel: (213) 617-0710

5/18/2018                    2:45:54 PM PST
Team Member: Jorge G.

SALE
*DUPLICATE RECEIPT*

| | | |
|---|---|---|
| BW 1S on 24# Wht | 45 @ | 0.1600 T |
| 000330 Reg. Price | 0.16 | |
| Regular Total | 7.20 | |
| Discounts | 0.00 | |
| **Total** | **7.20** | |

| | |
|---|---|
| Sub-Total | 7.20 |
| Tax | 0.68 |
| Deposit | 0.00 |
| **Total** | **7.88** |
| Visa (S) | 7.88 |
| Account: 4863 | |
| Auth: 134961 (A) | |
| Total Tender | 7.88 |
| Change Due | 0.00 |

Total Discounts    0.00

*1 7 5 8 0 0 2 8 3 6 3 *
*DUPLICATE RECEIPT*