UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-00375-SJO-FFM | Date | July 10, 2018 |
|---|---|---|---|
| Title | Juan Pablo Chavez v. Bertelsmann SE and Co. KGaA et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     IN CHAMBERS

On 6/08/18, the Court issued and order requiring the Plaintiff to either file proofs of service in this action on or before June 25, 2018, or allowing Plaintiff to serve and file an amended complaint before that date. The Court advised Plaintiff that failure to comply will result in dismissal of this action. Accordingly, Plaintiff having failed to comply, the Court Orders this matter dismissed.

JS-6

|  | : |
|---|---|
| Initials of Preparer | vpc |